UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE PAYNE,

      Plaintiff,                      Case No. 13-cv-13561
                                          Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF #23) AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES (ECF #21)

On September 30, 2014, this Court entered a judgment in favor of Plaintiff Jesse Payne ("Payne") remanding this action to Defendant the Commissioner of Social Security (the "Commissioner") for further administrative proceedings. (*See* ECF #20.) Payne has now filed a motion for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) (the "Motion for Attorney Fees"). (*See* ECF #21.) Payne requests fees of $7,800.61. (*See id.*)

On August 14, 2015, Magistrate Judge R. Steven Whalen issued a Report and Recommendation (the "R&R") in which he recommended that the Court grant in part the Motion for Attorney Fees, reducing Payne's requested fees by $806.44 to $6,994.17. (*See* ECF #23.) The Magistrate Judge also recommended that the

1

Court award Plaintiff a filing fee in the amount of $400.00.  (*See id.*)  The R&R
stated that the parties could seek review of the recommendation if they filed
written objections within fourteen days.  (*See id.* at 6, Pg. ID 452.)

Neither party has objected to the R&R.   Failure to file objections to the
R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human
Servs.,* 932 F.2d 505 (6th Cir. 1991); *see also Smith v. Detroit Fed'n of Teachers
Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to
the R&R releases the Court from its duty to independently review the matter.  *See
Thomas v. Arn,* 474 U.S. 140, 149 (1985).  The Court has nevertheless reviewed
the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's August
14, 2015, Report and Recommendation (ECF #23) is **ADOPTED** as the Opinion
of this Court and that the Motion for Attorney Fees (ECF #21) is **GRANTED IN
PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that Payne is awarded attorney fees in the
amount of $6,994.17 No later than 14 days from the date of this order, the
Commissioner shall determine whether Payne owes the Government a pre-existing
debt.  If no such debt is owed, then payment of the fees shall be made directly to
Payne's attorney.  If Payne does owe a pre-existing debt, the fees shall be offset by
the amount of the debt, with any remainder to be paid to Payne's attorney.

2

**IT IS FURTHER ORDERED** that Plaintiff is awarded a filing fee in the amount of $400.00.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 31, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 31, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113

3